IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NUR QADR,<br>          Plaintiff,<br><br>vs.<br><br>MR. MICHEAL OVERMYER *SUPERINTENDENT*; MR. OBERLANDER *DEPUTY SUPT*; DEPUTY HORTON *DEPUTY FACILITY* MR. DOMBROSKI *ACTING CORRECTIONS CLASSIFICATION PROGRAM MANAGER*; MR. WILLIAM COLE *CORRECTIONS CLASSIFICATION PROGRAM MANAGER*; MS. C. KENNEDY *GRIEVANCE COORDINATOR;* MS. SEIGAL *GRIEVANCE COORDINATOR*; JOHN DOE *FOOD SERVICE MANAGER*; MR. MCQUOWN *FACILITY CHAPLAIN PROGRAM DIRECTOR*; JOHN/JANE DOE *CORRECTIONS HEALTHCARE ADMINISTRATOR*; MS. SMITH, RN *INFECTIOUS NURSE*; DOCTOR HAVEWOOD *HEALTHCARE PROVIDER,*<br>          Defendants. | Civil Action No. 14-123E<br>Chief Judge Joy Flowers Conti/<br>Chief Magistrate Judge Maureen P. Kelly |

## **O R D E R**

AND NOW, this <u>8th</u> day of July, 2015, after Plaintiff filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that the case be dismissed as to Defendant Doctor Havewood for failure to prosecute and giving the parties until June 22, 2015, to file written objections thereto, and no objections having been filed,[1] and upon independent review of the record, and

---

[1] The copies of the Report and Recommendation and the docket entry, which reflected when objections to the Report and Recommendation were due and were mailed to Nur Qadr, were returned to the court because the inmate name and number do not match. The copies mailed to Plaintiff under the name Jeffrey Pratt, which is Plaintiff's legal name and the name under which he is incarcerated, have not been returned to the court. See 6/26/2015 Staff Note.

upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Complaint filed in the above-captioned case with respect to Defendant Doctor Havewood is dismissed for failure to prosecute.

By the Court:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Nur Qadr
BC-8580
SCI Forest
P.O. Box 945
Marienville, PA 16239

Jeffrey Pratt
BC-8580
SCI Forest
P.O. Box 945
Marienville, PA 16239

All Counsel of Record Via CM-ECF